Jed P. White, State Bar No. 232339
*jed.white@bclplaw.com*
Jacob B. Simon (admitted *pro hac vice*)
*jacob.simon@bclplaw.com*
**BRYAN CAVE LEIGHTON PAISNER LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Plaintiff Metal Exchange LLC

Joseph P. Wohrle, SBN 143550
**PARKER, MILLIKEN, CLARK, O'HARA & SAMUELIAN**
A Professional Corporation
555 South Flower Street, 30th Floor
Los Angeles, California 90071-2440
Telephone: (213) 683-6500
Facsimile: (213) 683-6669
Email: jwohrle@pmcos.com

Attorney for Defendant Old Country Millwork, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| METAL EXCHANGE LLC, | Case No.: 2:24-cv-00274-JFW-MRW |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| OLD COUNTRY MILLWORK, INC., | |
| Defendant. | |

NOTICE OF SETTLEMENT

1     Pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Metal Exchange LLC hereby provides notice that the parties have agreed to principal terms of a settlement of this action. Counsel for the parties are now working to finalize their settlement in a fully executed Settlement Agreement. After settlement is finalized the parties will file a stipulation for dismissal with prejudice as to the entire action.

Dated: September 9, 2024      Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:    */s/ Jed P. White*
        Jed P. White
        Attorney for Plaintiff Metal Exchange LLC